## No. 746.

### THE MIDLAND RAILWAY COMPANY ET AL. *v.* STEVENSON, CONSTABLE.

From the Tipton Circuit Court.

*W. R. Crawford,* for appellants.

*W. R. Fertig* and *H. J. Alexander,* for appellee.

GAVIN, J.—This is an action for the recovery of expenses incurred in procuring the dissolution of a restraining order issued by the Supreme Court in the case of the *Midland R. W. Co.* v. *Stevenson,* 130 Ind. 97, the ordinary bond having been given to procure it. The order was dissolved by the affirmance of that case on December 17, 1891, and this suit was begun on January 5, 1892. Both the pleadings and findings are substantially the same as those in *Midland R. W. Co.* v. *Stevenson, ante,* page 207.

The case for appellant is certainly no stronger, and, upon the authority of that case, the judgment in this cause is affirmed.

Filed February 16, 1893.

---

## No. 693.

### HUHN *v.* THE FIRST NATIONAL BANK OF HAMMOND.

From the Laporte Circuit Court.

*J. W. Crumpacker, Griffin* and *Wile,* for appellant.

*M. Nye* and *W. S. Coy,* for appellee.

GAVIN, J.—The only questions presented for our consideration arise on the motion for a new trial. There is no bill of exceptions in the record. The case being identical with that of *Ahlendorf* v. *First Nat'l Bank of Hammond, ante,* page 316, the judgment must be affirmed.

Judgment affirmed.

Filed March 14 1893.

---

## No. 694.

### MILLER *v.* THE FIRST NATIONAL BANK OF HAMMOND.

From the Laporte Circuit Court.

*J. W. Crumpacker, Griffin* and *Wile,* for appellant.

*M. Nye* and *W. S. Coy,* for appellee.

LOTZ, J.—The only assignment of error is that the trial court erred in overruling appellant's motion for a new trial. There is no bill of exceptions in the record.

The case is affirmed on the authority of *Ahlendorf* v. *First Nat'l Bank of Hammond, ante,* page 316.

Filed March 17, 1893.